TRINETTE G. KENT (State Bar No. 222020)
3219 East Camelback Road, #588
Phoenix, AZ 85018
Telephone: (480) 247-9644
Facsimile: (480) 717-4781
E-mail: tkent@lemberglaw.com

Of Counsel to
Lemberg Law, LLC
43 Danbury Road
Wilton, CT 06897
Telephone: (203) 653-2250
Facsimile: (203) 653-3424

Attorneys for Plaintiff,
Aaron L Johnson

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Aaron L Johnson,<br><br>Plaintiff,<br><br>vs.<br><br>Digital Media Solutions,<br><br>Defendant. | Case No.: 3:21-cv-02040-CAB-KSC<br><br>**JOINT DISCOVERY PLAN**<br><br>*Date:* *March 23, 2022*<br>*Time:* *2:00 PM*<br>*Judge:* *Hon. Karen S. Crawford*<br>*Trial Date:* *None set* |

Pursuant to Rule 26(f) of the Federal Rules of Civil Procedure and Judge Crawford's Chambers Rules and Civil Procedures, counsel for Plaintiff and counsel for Defendant hereby submit to the Court this Joint Discovery Plan:

**1. Status of Service:**

Defendant has been served and has filed an Answer. The Parties do not anticipate the addition of additional parties, but request a deadline of **May 20, 2022**, to do so.

**2. Initial Disclosures:**

The Parties will exchange initial disclosures on or before **March 16, 2022**.

**3. Limited Discovery:**

Plaintiff believes that the production of Defendant's calls logs, dialer reports, and recordings would assist in Plaintiff's settlement evaluation of his TCPA claim.

Defendant believes that the production of Plaintiff's web search history for a limited period, call logs, and email history would assist in evaluating the TCPA claim's viability.

**4. Interrogatories:**

The Parties do not anticipate serving interrogatories exceeding the number permitted by FRCP 33.

**5. Expert Evidence:**

Plaintiff believes that an expert may be required regarding Defendant's use of an Automated Telephone Dialing System ("ATDS") and/or Robocalls.

Defendant does not anticipate needing a primary fact expert but may require a rebuttal expert.

**6. Summary Judgment:**

The Parties may file motions for summary judgment on Plaintiff's TCPA claim in accordance with the dispositive motion deadline.

**7. Protective Order:**

The Parties do not anticipate the need for a protective order.

**8. Electronically Stored Information ("ESI"):**

Counsel for Plaintiff and Counsel for Defendant have reviewed the Checklist for Rule 26(f) Meet and Confer Regarding Electronically Stored Information ("ESI") and have met and conferred fully regarding the preservation and discovery of ESI. The Partis do not anticipate any issues regarding ESI.

**9. Additional Discovery Plan**

a. No changes are necessary as to FRCP 26(a). Initial disclosures will be exchanged on or before **March 16, 2022**.

b. Discovery subjects will include:

Plaintiff intends to take discovery on the following subjects:

- The purpose of Defendant's calls to Plaintiff;
- The content of Plaintiff's conversations with Defendant;
- Defendant's telephone system;
- Plaintiff's consent to receive calls from Defendant, if any;

- Revocation of Plaintiff's consent to receive calls from Defendant;
- Defendant's calls logs and dialer reports;
- The number of calls placed by Defendant to Plaintiff;
- Whether the calls made by Defendant to Plaintiff were intentional and/or willful;
- The amount of Plaintiff's damages.

Defendant intends to take discovery on the following subjects in addition to many of the same topics that Plaintiff listed:

- Consent evidence

All discovery should be completed by **November 7, 2022**.

Discovery should not be bifurcated into phases.

c. The Parties do not anticipate any issues about disclosure, discovery, or preservation of electronically stored information.

d. The Parties do not anticipate any issues about claims of privilege or of protection.

e. The Parties do not request any discovery modifications regarding limitations imposed by the federal rules of civil procedure.

f. The Parties do not request any orders at this time regarding FRCP 26(c), FRCP 16(b), or FRCP 16(c).

DATED: March 4, 2022

By: <u>*/s/ Trinette G. Kent*</u>
Trinette G. Kent, Esq.
Lemberg Law, LLC
Attorneys for Plaintiff

DATED: March 4, 2022

By: <u>*/s/ Jay T. Ramsey*</u>
Jay T. Ramsey, Esq.
Sheppard, Mullin, Richter & Hampton LLP
Attorney for Defendant

**CERTIFICATE OF SERVICE AND SIGNATURE CERTIFICATION**

**THIS IS TO CERTIFY** that on March 4, 2022, a copy of the foregoing was filed with the Clerk of the Court via ECF and transmitted notice to the attorneys listed below. Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Jay T. Ramsey, the attorney for Defendant Digital Medical Solutions, and that I have obtained Mr. Ramsey's authorization to affix his electronic signature to this document.

Attorney for Defendant Digital Media Solutions:

Jay T. Ramsey, Esq.