UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON L. JOHNSON,<br><br>                              Plaintiff,<br><br>v.<br><br>DIGITAL MEDIA SOLUTIONS,<br><br>                              Defendant. | Case No.:  21cv2040-CAB-KSC<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS [Doc. No. 19]** |

On August 26, 2022, the parties filed a joint motion to dismiss without prejudice. [Doc. No. 19.]  The motion is **HEREBY GRANTED**.  This case is **DISMISSED WITHOUT PREJUDICE** and with each party to bear its own attorneys' fees and costs.

**IT IS SO ORDERED**.

Dated:  August 26, 2022

_____
Hon. Cathy Ann Bencivengo
United States District Judge